# EXHIBIT 1

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION
### Civil Actions Branch
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Telephone: (202) 879-1133 • Website: www.dccourts.gov

LOUIS A BANKS et al
Vs.
UNITED STATE OF AMERICAN et al

C.A. No. 2018 CA 006084 B

## INITIAL ORDER AND ADDENDUM

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("Super. Ct. Civ. R.") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the summons, the complaint, and this Initial Order and Addendum. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in Super. Ct. Civ. R. 4(m).

(3) Within 21 days of service as described above, except as otherwise noted in Super. Ct. Civ. R. 12, each defendant must respond to the complaint by filing an answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in Super. Ct. Civ. R. 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an initial scheduling and settlement conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than seven business days before the scheduling conference date.
No other continuance of the conference will be granted except upon motion for good cause shown.

(6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

Chief Judge Robert E. Morin

Case Assigned to: Judge NEAL E KRAVITZ
Date: August 24, 2018
Initial Conference: 9:00 am, Friday, November 30, 2018
Location: Courtroom 100
500 Indiana Avenue N.W.
WASHINGTON, DC 20001

CAIO-60

# ADDENDUM TO INITIAL ORDER AFFECTING
# ALL MEDICAL MALPRACTICE CASES

In accordance with the Medical Malpractice Proceedings Act of 2006, D.C. Code § 16-2801, et seq. (2007 Winter Supp.), "[a]fter an action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ("ISSC"), prior to any further litigation in an effort to reach a settlement agreement. The early mediation schedule shall be included in the Scheduling Order following the ISSC. Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC." D.C. Code § 16-2821.

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator. Information about the early mediation date also is available over the internet at https://www:dccourts.gov/pa/. To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC. D.C. Code § 16-2825 Two separate Early Mediation Forms are available. Both forms may be obtained at www.dccourts.gov/medmalmediation. One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator. Both forms also are available in the Multi-Door Dispute Resolution Office, Suite 2900, 410 E Street, N.W. Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov. *Pro se* Plaintiffs who elect not to eFile may file by hand in the Multi-Door Dispute Resolution Office.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles. All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation. D.C. Code § 16-2823(a). If the parties cannot agree on a mediator, the Court will appoint one. D.C. Code § 16-2823(b).

The following persons are required by statute to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case. D.C. Code § 16-2824.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation. D.C. Code § 16-2826. Any Plaintiff who is *pro se* may elect to file the report by hand with the Civil Actions Branch. The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

Chief Judge Robert E. Morin

CAIO-60

**Superior Court of the District of Columbia**
CIVIL DIVISION
Civil Actions Branch
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

Louis A Banks and DB minor child
_____
Plaintiff

vs.

Mayor Muriel Bowser
_____
Defendant

Case Number  18-0006084

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Louis A Banks
_____
Name of Plaintiff's Attorney

4022 Blakney Lane SE
_____
Address

Washington DC
_____

202-704-7783
_____
Telephone

Clerk of the Court

By _____
       Deputy Clerk

Date  08/24/2018

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828로 전화주십시오    የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME*.

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                                                                                           Super. Ct. Civ. R. 4



# TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA
## DIVISIÓN CIVIL
### Sección de Acciones Civiles
**500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001**
**Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov**

_____
                                     Demandante

contra

Número de Caso: _____

_____
                                     Demandado

## CITATORIO

**Al susodicho Demandado:**

    Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

    A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

_____       *SECRETARIO DEL TRIBUNAL*
Nombre del abogado del Demandante

_____       Por: _____
Dirección                                                                    Subsecretario

_____       Fecha _____
Teléfono

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Đề có một bài dịch, hãy gọi (202) 879-4828

번역이 필요하면 (202) 879-4828 로 전화해주십시오    የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

**IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO*.**

    Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]                                                                                          Super. Ct. Civ. R. 4

## Superior Court District of Columbia Court Civil Division

FILED
CIVIL ACTIONS BRANCH
AUG 24 2018
Superior Court
of the District of Columbia
Washington, D.C.

Louis A Banks DB minor child
4022 Blakney Lane SE Washington DC 20032
Plaintiff(s)

Class Action F.R.C.P 23(b)3
Bivens Action Jury Demand

v.

18 - 0006084

United State of American
District of Columbia et al
Defendant(s)

Mayor Muriel Bowser
One Judiciary Square
441 4th Street NW Suite 625S
Washington DC 20001

Attorney General Karl A Racin
One Judiciary Square 441 4th St NW 625S
Washington DC 20001

US. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Former Director, Federal Bureau of Investigation
935 Pennsylvania Avenue, NW
Washington, D.C. 20535-0001

FEDERAL BUREAU OF INVESTIGATION
935 Pennsylvania Avenue, NW
Washington, D.C. 20535-0001

Office of Congressional Ethics
U.S House of Representative
425 3rd Street, S.W Suite 1110
Washington, DC 20024

DC FEMS 2000 14TH Street NW 5th Floor
Washington DC 20009

**BIVENS ACTION AND SECTON 1983 COMPLAINT WRONGFUL ACT, MALICIOUS PROECUTION , CIVIL VIOLATION FOR DAMAGES AND BREACH OF A SUBSTANTIVE AND PROCEURAL DUE PROCESS, , FRIST FIFTH, FOURTHEENTH AMENDED WITH SOCPE OF VIOLATION CONSTUTIONAL TORTS (DC LAWS ,)**



1

Mr. Karl A Racine
Attorney General
One Judiciary Square 441
4th Street NW Suite 625S
Washington DC 20001

DC FEMS 200 14TH Street NW 5th Floor
Washington DC 20009

Mayor Muriel Bowser
One Judiciary Square
441 4th Street NW Suite 625S
Washington DC 20001

US. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Former Director, Federal Bureau of Investigation
935 Pennsylvania Avenue, NW
Washington, D.C. 20535-0001

FEDERAL BUREAU OF INVESTIGATION
935 Pennsylvania Avenue, NW
Washington, D.C. 20535-0001

Office of Congressional Ethics
U.S House of Representative
425 3rd Street, S.W Suite 1110
Washington, DC 20024

4. **District of Columbia** operates and governs the MPD, Councilmembers, Mayor, Attorney General, Government of the Columbia Office of Police Complaints, DOJ, pursuant to the laws of the District of Columbia. In this case, the District of Columbia acted through its agents, employees, and servants, including all of the individual Defendant(s). [L]local governing bodies…can be sued directly under 42. U.S.C 1983 for constitutional arising pursuant to official municipal policy action a person's actions may constitute official municipal policy if the person has "`final policy making authority [under] state law.

5. **§ 16–1041. Definitions State" means** a State of the United States, the District of Columbia, Puerto Rico, the United States Virgin Islands, or any territory or insular possession subject to the jurisdiction of the United States. The term "State" includes an Indian tribe or band that has jurisdiction to issue protection orders.

6. **Research shows that African American students**, and especially African American boys, are disciplined more often and receive more out-of-school suspensions and expulsions than White students. Perhaps more alarming is the 2010 finding that over 70% of the students involved in school-related arrests or referred to law enforcement were Hispanic or Black (Education Week, 2013). A 2009–2010 survey of 72,000 schools (kindergarten through high school) shows that while Black students made up only 18 percent of those enrolled in the schools sampled, they accounted for 35 percent of those suspended once, 46 percent of those suspended more than once and 39 percent of all expulsions.

7. Over all, Black students were three and a half times more likely to be suspended or expelled than their White peers (Lewin, 2012).

8. Students who enter the juvenile justice system through the school-to-prison pipeline often find it difficult to return to school.

## OFFICIALS RACIAL PROFILING THREAT /STLKING /HARASSMENT

9. On April 5, 2018, federal officer persistent actions including video record a 9 year old minor child by Mr. Guy Tuner an Administrative on his cell phone being done in violation he or the school never had my consent. The 9 year old minor child have the right to remain free from these activities as your constitute [threat/harassment/stalking/etc., this unwanted activates video recordings by Two River Staff member, Administrative, Teacher, Teacher Aids this includes acts that was done without and beyond bounds of their lawful authority, the unlawful act was done by the Official purporting pretending to act in their performance of their official duties .

The actions of the Defendants described above were taken pursuant to a municipal policy, legislation vote practice, that diminish my and 9 year minor child rights and custom of responding

## OFFICIALS SEARCHES-RETALIATORY/ FALSE IMPRISONMENT

10. **On April 11, 2015** Plaintiffs Mr. Louis A Banks was falsely arrest by Officer Lekisha C Kellark-Davis. Cathy Lynn Lanier was the Chief of Police, Supervisor Kelly K Baker at that time of the arrest.

11. **On April 11, 2015** Louis a Banks was transported to Central Cell for processing I was there for over 72, hours lockup

12. **On April 14, 2015** Plaintiff Mr. Louis A Banks mat with my lawyer Mr. Craig Ricard for 5min at Superior Court. Mr. Louis A Banks the case NO PAPER never went before a Judge or in a courtroom.

5

13. **On September 14, 2015**, Mr. Robert Row Investigation Manger and Mr. Lawrence Philips Investigator of the Government of the District of Columbia OPC completed their investigation forwarded information to MPD for their consideration during future reviews of the Officer's actions and performance. If you have any question, please contact me at (202) 7272-3838 and refer to the complaint number listed above Sincerely, Robert Row Investigation Manager)

14. **On September 17, 2015** at 200 Douglas St NE Washington DC 20002 at DB 6 year old minor into the child elementary school Jan Doe Federal Officers or John Doe Federal Officer and 5th Metropolitan Police Departments officer, force interrogated, terrorize, victimize DB 6 year old minor child for warrantless search that violating his Fourth and Fifth Amendment, privacy,, liberty, due process federal protected right in which unconstitutional the federal Officer agents was acting under color of Federal they also refused to call father and his parents this was done with discriminatory practice.

15. John Doe Federal Official or Jan Doe Officer 5th District Metropolitan Police Departments officers did this because the defendant motives was because Mr. Banks had made a charge participated in manner in an investigation, proceeding. Human Rights and Office of Police this was done with malicious prosecution. DC FEMS imparted or conveyed false information, knowing the information to be false,

The actions of the Defendants described above were taken pursuant to a municipal policy, legislation vote practice, that diminish my and 9 year minor child rights and custom of responding.

## BREACH A SUBSTANTIVE AND PROCEDURAL DUE PROCESS CONSTITUTIONAL RIGHT TORTS

6

16. No state make or enforce any law which shall abridge the privileges or immunities of citizens of the United States' seems to me an eminently reasonable way of expressing the idea the henceforth the Bill Of Rights shall apply to the States. Procedural due process

17. Articl 1/Bill Of Right Congress shall make no an law respecting establishment or religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the right of the peaceably to assemble, and Petition the Government for a readdress of grievances. Mayor, Councilmember and Congress improve this Bill that undermine the Constitution/Bill of Rights Plaintiffs Louis A Banks and DB minor child fundamental rights/ due process.

## CLAIMS FOR RELIEF

18. **CLAIM 1: Fourth Amendment/42 U.S.C 1983- Searches or arrest without probable cause (Plaintiffs Louis A Banks and DB 6 year minor child.)**

19. **On April 11, 2015** Louis a Banks was transported to Central Cell for processing I was there for over 72, hours lockup the case was dismiss no paper. The action of the Defendants Officer Lekisha C Kellark Davis, John Doe MPD Officer and John Doe color of Federal Official namely the warrantless searches/ False arrest of Plaintiffs Louis A Banks .and DB 6 year old minor child at without probable cause, in ordering or approving such searches or arrests, violated Plaintiffs rights under the Fourth Amendment to the United State Constitution Bill of Rights to be free from unreasonable searches or seizure

20. **On September 17, 2015** at 200 Douglas St NE Washington DC 20002 at DB 6 year old minor into the child elementary school Jan Doe Federal Officers or John Doe Federal Officer and 5th Metropolitan Police Departments officer, force interrogated, terrorize, victimize DB 6 year old minor child for warrantless search without probable cause, in ordering or approving such searches or arrests, violated Plaintiffs rights under the Fourth Amendment to the United

7

State Constitution Bill of Rights to be free from unreasonable searches and seizure also refused to call father and his parents

The actions of the Defendants described above were taken pursuant to a municipal policy, legislation vote practice, that diminish my and DB minor child rights and custom of responding

**Claim 2: False Arrest/False Imprisonment (Plaintiffs Louis A Banks and DB 6 year old minor child Defendants against District of Columbia, Councilmember et al, Officer John Doe MPD Officer or John Doe Official Mr. Karl A Racine Attorney, General, Mayor Muriel Bowser, U.S Department of Justice, Congress Women, Eleanor Holmes Norton, Mr. Anthony Lawrence, Director Monica Palacio, Office of Human.**

21. **On September 17, 2015** at 200 Douglas St NE Washington DC 20002 at DB 6 year old minor into the child elementary school Jan Doe Federal Officers or John Doe Federal Officer and 5th Metropolitan Police Departments officer, force interrogated, terrorize, victimize DB 6 year old minor child for warrantless search that violating his Fourth and Fifth Amendment, privacy,, liberty, due process federal protected right in which unconstitutional the federal Officer agents was acting under color of Federal they also refused to call father and his parents.

## FEDERAL OFFICIALS RACIAL PROFILING THREAT /STLKING /HARASSMENT

**Claim 3: Plaintiffs Louis A Banks, Against Defendants District of Columbia, Councilmember et al; Guy Tuner Officer Child Family Services Brenda Donald DC's State Superintendent Hanseul Kang, Ms. Jessica Wodatch Ms. Meggie Bello, David Nitkin Jan Doe Federal Officer or John Doe Official Mr. Karl A Racine Attorney General, Mayor Muriel Bowser, Congress Woman Eleanor Holmes Norton, Mr. Anthony Lawrence, Direct Monica Palacio, Office of Human Rights**

22. On April 5, 2018, federal officer persistent actions including video record a 9 year old minor child by Mr. Guy Tuner an Administrative on his cell phone being done in violation he never had my consent this also invasion of privacy . The 9 year old minor child have the right to remain free from these activities as your constitute [threat/harassment/stalking/etc., this unwanted activates video recordings by Two River Staff member, Administrative, Teacher,

8

Teacher Aids this includes acts that was done without and beyond bounds of their lawful authority, the unlawful act was done by the Official purporting pretending to act in their performance of their official duties. They still harassing us Ex library, schools DPR etc.

The actions of the Defendants described above were taken pursuant to a municipal policy, legislation vote practice, that diminish my and 9 year minor child rights and custom of responding

## BREACH OF CONTRACT

**Claim 4: Plaintiffs Louis A Banks, Against Defendants District of Columbia, Councilmember et al; DC's State Superintendent Hanseul Kang, Child Family Services Jan Doe Federal Officer or John Doe Official Mr. Karl A Racine Attorney General, Mayor Muriel Bowser, Congress Woman Eleanor Holmes Norton, Mr. Anthony Lawrence, Direct Monica Palacio, Office of Human Rights**

23. On February 2, 2018 the Defendant(s) never appeared in court this was done with Official misconduct, is the commission of an unlawful act, this matter involves a profound abuse of power by federal State, and Local Government Officials including judicial offices and public attorney, law enforcement, political leaders and other government official who have knowingly committee, or otherwise played a complicit role in federal crimes though illicit behavior.

Contempt of court, often referred to simply as "contempt", is the offense of being disobedient to or discourteous toward a court of law and its officers in the form of behavior that opposes or defies the authority, justice and dignity of the court.[1][2] It manifests itself in willful disregard of or disrespect for the authority of a court of law, which is often behavior that is illegal because it does not obey or respect the rules of a law court.

9

The actions of the Defendants described above were taken pursuant to a municipal policy, legislation vote practice, that diminish rights and custom of responding

**Claim 4: NEGLIGENCE Plaintiffs Louis A Banks, Against Defendants District of Columbia , Councilmember et al; Child Family Services DC's State Superintendent Hanseul Kang, Jan Doe Federal Officer or John Doe Official Mr. Karl A Racine Attorney General, Mayor Muriel Bowser, Congress Woman Eleanor Holmes Norton, Mr. Anthony Lawrence, Direct Monica Palacio, Office of Human Rights**

24. The defendant's racially and ethnically discriminatory practice have been negligent in performance of their duties beyond bounds of their lawful authority, the unlawful act was done by the Official purporting pretending to act in their performance of their official duties .

25. On February 2, 2018 the Defendant(s) never appeared in court this was done with Official misconduct, is the commission of an unlawful act , this matter involves a profound abuse of power by federal State, and Local Government Officials including judicial offices and public attorney, law enforcement, political leaders and other government official who have knowingly committee, or otherwise played a complicit role in federal crimes though illicit behavior.

26. Contempt of court, often referred to simply as "contempt", is the offense of being disobedient to or discourteous toward a court of law and its officers in the form of behavior that opposes or defies the authority, justice and dignity of the court.[1][2] It manifests itself in willful disregard of or disrespect for the authority of a court of law, which is often behavior that is illegal because it does not obey or respect the rules of a law court. Since the judge has discretion to control the courtroom, contempt citations are generally not appealable unless the amount of fine or jail time is excessive.

27. The actions of the Defendants described above were taken pursuant to a municipal policy, legislation vote practice, that diminish my rights and custom of responding

**Claims4. Fifth Amendments/ Plaintiff Louis A Banks, and 9 year old minor child Against Defendants District of Columbia, Councilmember et al; Guy Tuner Officer Child Family Services Brenda Donald DC's State Superintendent Hanseul Kang, Ms. Jessica Wodatch Ms. Meggie Bello, David Nitkin Jan Doe Federal Officer or John Doe Official Mr. Karl A Racine Attorney General, Mayor Muriel Bowser, Congress Woman Eleanor Holmes Norton, Mr. Anthony Lawrence, Direct Monica Palacio, Office of Human Rights.**

28. The actions of Defendants District of Columbia, Councilmember et al; Officer Lekisha C Kellark-Davis Jon Doe MPD Officer or John Doe Official Mr. Karl A Racine Attorney General, Mayor Muriel Bowser, , Congress Woman Eleanor Holmes Norton, Mr. Anthony Lawrence, Direct Monica Palacio, Office of Human Rights, Department of Education did not provided the Plaintiff Louis A Banks and DB 9 year minor child State, Federal did not provided the Equal Protection laws the Plaintiffs(s) should receive the rule of laws/Constitution/Bill of Rights

**Claims5: Intentional Infliction Of Emotional Distress Plaintiff Louis A Banks and DB minor child against Defendants against District of Columbia, Councilmember et al; Guy Tuner Officer Child Family Services DC's State Superintendent Hanseul, Jan Doe Federal Officer or John Doe Official Mr. Karl A Racine Attorney General, Mayor Muriel Bowser, Congress Woman Eleanor Holmes Norton, Mr. Anthony Lawrence, Direct Monica Palacio, Office of Human Rights.**

29. The Defendants conduct was extreme outrageous, intentional and reckless with causes emotional suffering and racial profiling. On February 2, 2018 the Defendant(s) never appeared in court this was done with Official misconduct, is the commission of an unlawful act, this matter involves a profound abuse of power by federal State, and Local Government Officials including judicial offices and public attorney, law enforcement, political leaders and other government official who have knowingly committee, or otherwise played a complicit role in federal crimes though illicit behavior.

30. Plaintiff Louis A Banks year old minor child has mat the District of Columbia Section 12-309, DC Official Code (2001) have timely given notice in writing to Risk Management and

11

[X] All parties **do not** appear in the caption of the case on the cover page. A list of all parties to the proceeding in the court whose judgment is the subject of the petition is as follow:

**United State of American**
**District of Columbia;**
**Mayor Muriel Bowser** One Judiciary Square 441 4th Street NW Suite 625S Washington DC 20001
**District of Columbia;**
**DC FEMS** 2000 14th Street, NW, 5th Floor, Washington, DC 20009
**Councilmember Kenyan McDuffic** 1350 Pennsylvania Ave NW Suite 506 Washington DC 20004
**Councilmember Chairman Phil Mendelson** 1350 Pennsylvania Ave NW Suite 504 Washington DC
**Councilmember Anita Bonds** 1350 Pennsylvania Ave NW Suite 404 Washington DC 20004
**Councilmember David Grosso** 1350 Pennsylvania Ave NW Suite 402 Washington DC 20004
**Councilmember Elissa Silverman** 1350 Pennsylvania Ave NW Suite 408 Washington DC 20004
**Councilmember Robert C White, Jr** 1350 Pennsylvania Ave NW Suite 107 Washington DC 20004
**Councilmember Brianne K Nadcau** 1350 Pennsylvania Ave NW Suite 102 Washington DC 20004
**Councilmember Jack Evans** 1350 Pennsylvania Ave NW Suite 106 Washington DC 20004
**Councilmember Mary M Cheh** 1350 Pennsylvania Ave NW Suite 108 Washington DC 20004
**Councilmember Brandon T Todd** 1350 Pennsylvania Ave NW Suite 105 Washington DC 20004
**Councilmember Charles Allen** 1350 Pennsylvania Ave NW Suite 110 Washington DC 20004
**Councilmember Vincent C Gray** 1350 Pennsylvania Ave NW Suite 406 Washington DC 20004
**Councilmember Trayon White Sr.** 1350 Pennsylvania Ave NW Suite 406 Washington DC 20004
**Councilmember John Doe Federal Officer, Jan Doe Federal Official**
**Lekisha C Kellark Davis** Metropolitan Police Department 300 Indiana Ave NW Washington DC 2001
**Mr. Karl A Racin Attorney General** One Judiciary Square 441 4th Street NW Suite 625S Washington DC 20001
**Former Director**, Federal Bureau of Investigation 935 Pennsylvania Avenue, NW Washington, D.C. 20535-0001
**Federal Bureau of Investigation** 935 Pennsylvania Avenue, NW Washington, D.C. 20535-0001
**Mr. Anthony Lawrence** Government of the Columbia Government of the Columbia Office of Police Complaint 1400 I Street NW Washington DC 20005
**Attorney General** of United States U.S Department Justice
**Congress Woman Eleanor Holmes Norton** 90 K Street NW Suite 100 Washington DC 2001
**Director Monica Palacio** Office of Human Rights One Judiciary 441 4th Street NW Suite 625S Washington DC 20001
**Defendant(s)**

## STATEMENT

Plaintiff's sues defendant under dispossessed of my rights deprived my ability defend them; that deprivation alone would be actionable under federal statutes, State Law Liability known as a Bivens Action and Section 1983 for money due to wrongful act violation or omission ,First, Fourth, Fifth Amended , Brach of Contract , Retaliatory , Fraudulent Misrepresentation and states as follows $200million for Monetary, Punitive Damage, Declaratory, and Injunctive relief were, as here, the action that is alleged to be unconstitutional.

2

## **FACTS**

1. On December 13, 2107 the United State of American and District of Columbia its officers, official, or agencies were served by clerk of court the District of Columbia and its officers or agencies could be served by delivering (by special process server) or mailing (certified or registered mail, return receipt requested) a copy of the complaint, summons and Initial Order to the Mayor of the District of Columbia, Councilmember, DOJ etc. (or designee) to the Attorney General for the District of Columbia

2. On February 2, 2018 the Defendant(s) never appeared in court this was done with Official misconduct, is the commission of an wrongful unlawful act, this matter involves a profound abuse of power by federal State, and Local Government Officials including judicial offices and public attorney, law enforcement, political leaders and other government official who have knowingly committee, or otherwise played a complicit role in federal crimes though illicit behavior.

3. Contempt of court, often referred to simply as "contempt", is the offense of being disobedient to or discourteous toward a court of law and its officers in the form of behavior that opposes or defies the authority, justice and dignity of the court.[1][2] It manifests itself in willful disregard of or disrespect for the authority of a court of law, which is often behavior that is illegal because it does not obey or respect the rules of a law court. Since the judge has discretion to control the courtroom, contempt citations are generally not appealable unless the amount of fine or jail time is excessive. If the defendant does not specifically deny an allegation made in the complaint, the judge will treat that as an admission of the allegation the defendant never answer. An official to ignore the Court's precedents is equal to a violation of that oath contempt citations are not appealable.

3

Mayor of the District of Columbia of the approximate time, place, cause and circumstances of our injuries pursuant.

31. Plaintiff Louis A Banks and DB 9 year old minor child has mat the Office of Civil Rights and Civil Liberties Executive Order 13107 under 6 U.S.C 345 and 42 U.S.C 200ee-1 have timely given notice in writing to Homeland Security Office of Civil Rights and Civil Liberties of the approximate time, place, cause and circumstances of our injuries pursuant.

32. Plaintiff Louis A Banks and DB minor child timely filed alleged discrimination with Office of the State Superintendent Of Education for Civil Rights the approximate time, place, cause and circumstances of our injuries pursuant

33. Plaintiff Louis A Banks and DB minor child timely filed alleged discrimination with U.S Deportment of Education Office for Civil Rights the approximate time, place, cause and circumstances of our injuries pursuant.

34. Plaintiff Louis A Banks and DB minor child timely filed alleged discrimination with DOJ education for Civil Rights the approximate time, place, cause and circumstances of our injuries pursuant

35. **ENTER JUDGMENT** awarding Plaintiffs Monetary punitive damages against all individual Defendants in an amount appropriate 200million dollars, so this would NOT happy again

36. (f) **ENTER JUDGEMENT** Plaintiff is asking the court for a copy of their OATH office is a binding contract and would like the court to garnish all wages and seizure property

37. (g) **GRANT** Plaintiffs such further relief as this Court may deem just and proper or JURY DEMAND

38. _[signature]_ Louis A Banks et al Plaintiffs

28. U.S.C 1746 If executed within the United States, its territories, possession or commonwealth, I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

12

## **CERTIFICATE OF SERVICE**

The certificate of service should be delivered to address of parties served, and the signature of the serving party or their attorney.

Mr. Karl A Racine
Attorney General
One Judiciary Square 441
4th Street NW Suite 625S
Washington DC 20001

DC FEMS 200 14TH Street NW 5th Floor
Washington DC 20009

Mayor Muriel Bowser
One Judiciary Square
441 4th Street NW Suite 625S
Washington DC 20001

US. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Former Director, Federal Bureau of Investigation
935 Pennsylvania Avenue, NW
Washington, D.C. 20535-0001

FEDERAL BUREAU OF INVESTIGATION
935 Pennsylvania Avenue, NW
Washington, D.C. 20535-0001

Office of Congressional Ethics
U.S House of Representative
425 3rd Street, S.W Suite 1110
Washington, DC 20024

*[signature]*
Louis A Banks
08/24/2018